UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-365-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TARIANO ANTOINE WATKINS, | ) | |
| Defendant. | ) | |

The matter is before the Court on the Government's Motion to dismiss the Indictment. (Doc. No. 46). The motion is **GRANTED** and the Bill of Indictment in the above-captioned case is **DISMISSED** without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, defense counsel, and the United States Attorney's Office.

Signed: December 10, 2021

Max O. Cogburn Jr.
United States District Judge